

# IN THE UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>JONATHAN JIMENEZ,<br><br>Defendant. | Case No. 2:18CR-0014-PA<br><br>ORDER OF DETENTION<br><br>[Fed. R. Crim. P. 31.1(a)(6);<br>18 U.S.C. § 3143(a)(1)] |

I.

On December 21, 2018, Defendant Jonathan Jimenez ("Defendant") appeared before the Court for initial appearance on the petition and warrant for revocation of supervised issued in this matter. Defendant was represented by Deputy Federal Public Defender Pedro Castillo.

///
///
///
///

II.

Pursuant to Federal Rule of Criminal Procedure 32.1(a)(6) and 18 U.S.C. § 3143(a) following Defendant's arrest for alleged violation(s) of the terms of Defendant's ☐ probation / ☒ supervised release,

The Court finds that:

A.  ☒  Defendant has not carried his burden of establishing by clear and convincing evidence that Defendant will appear for further proceedings as required if released [18 U.S.C. § 3142(b-c)]. This finding is based on:

- Prior supervised release revocations;
- Criminal history, including failures-to-appear;
- Apparent substance abuse given instant allegations.

B.  ☒  Defendant has not carried his burden of establishing by clear and convincing evidence that Defendant will not endanger the safety of any other person or the community if released [18 U.S.C. § 3142(b-c)]. This finding is based on:

- Prior supervised release revocations;
- Nature of charged offense;
- Apparent substance abuse given instant allegationsl
- Criminal history.

///
///
///
///
///

III.

IT IS THEREFORE ORDERED that the Defendant be detained pending further proceedings. Upon availability of placement in a live-in substance abuse program, Defendant is released on his own recognizance to the supervision of the U.S. Probation Office and ordered to commence attendance in the live-in substance abuse program. Upon completion of the program, Defendant is ordered again detained pending further proceedings.

Dated: December 26, 2018

                                               /s/
                               MARIA A. AUDERO
                     UNITED STATES MAGISTRATE JUDGE